FILED: November 12, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1986
(A201-285-834)
(A201-285-835)
_____

FIDELINA FLORES-NUNEZ; SANDRA MARTINEZ-FLORES, a/k/a Sandra C. Martinez-Flores,

    Petitioners,

  v.

ERIC H. HOLDER, JR., Attorney General,

    Respondent,

_____

O R D E R

_____

Upon consideration of petitioners' unopposed motion to hold case in abeyance, the court grants the motion and places this case in abeyance pending the Board of Immigration Appeal's (BIA) decision on petitioners' motion to reopen

removal proceedings. The petitioners shall submit a status report on December 12, 2014 and every thirty days thereafter, and shall immediately notify this court when the BIA issues a decision on petitions' motion.

                                                                      For the Court

                                                                       /s/ Patricia S. Connor, Clerk